IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.                                                     Case No. 14-20014-12-KHV

FAUSTINO SOTO,
    *Defendant.*

___

# ORDER
___

On August 27, 2019, the undersigned U.S. Magistrate Judge, James P. O'Hara, conducted a status conference in this case following the August 8, 2019 order of the presiding U.S. District Judge, Kathryn H. Vratil, vacating defendant's sentence (ECF No. 828). Defendant appeared in person and through counsel, Dionne M. Scherff. The government appeared through Assistant U.S. Attorney Sheri Catania.

Ms. Catania informed the court that she had mailed discovery to Ms. Scherff, which should arrive today. The discovery amounts to approximately 128 gigabytes. Ms. Scherff will need time to review the discovery provided. The court therefore continued the status conference to **October 28, 2019, at 11:00 a.m.** in courtroom 223.

The parties were further ordered to file a joint status report by **September 6, 2019**, addressing the applicability of the Speedy Trial Act to

this case, given the complex-case designation.  If the speedy-trial clock is running, the parties shall indicate how much time remains.

Dated August 27, 2019, at Kansas City, Kansas.

s/ James P. O'Hara<br>
James P. O'Hara<br>
U.S. Magistrate Judge